UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRETT BROWNBRIDGE, *individually and on behalf of all other similarly situated*,

Plaintiff,

*– against –*

TFI INTERNATIONAL INC., ALAIN BÉDARD, *and* DAVID SAPERSTEIN,

Defendants.

**ORDER**

25-cv-02159 (ER)

Ramos, D.J.:

On March 14, 2025 Barrett Brownbridge brought this class action against TFI International Inc. ("TFI"), along with its chief executive officer, Alain Bédard, and chief financial officer, David Saperstein (the "individual defendants," and together with TFI, "defendants"). On September 28, 2026, this Court granted defendants' motion to dismiss the complaint without prejudice. Additionally, the Court directed plaintiff to file an amended complaint, if at all, by October 26, 2026. To date, Brownbridge has not filed an amended complaint. Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: November 03, 2026
New York, New York

Edgardo Ramos, U.S.D.J.